GOODMAN v. CONNOR

No. 581P94

Case below: 117 N.C.App. 113

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

HENDREN v. HENDREN

No. 331P94

Case below: 115 N.C.App. 565

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

HENKE v. FIRST COLONY BUILDERS

No. 555P94

Case below: 116 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 or in the alternative petition for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 December 1994.

ORTEGA v. HART

No. 443P94

Case below: 115 N.C.App. 729

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 December 1994.

POOLE v. MILLER

No. 525PA94

Case below: 116 N.C.App. 435

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 December 1994.